UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO.  08-60038-CR-DIMITROULEAS

    Plaintiff,

vs.

MICHAEL JAMES BROWN,

    Defendant.
_____/

**ORDER DENYING DEFENDANT MICHAEL JAMES BROWN'S MOTION REGARDING VERIFICATION OF EMPLOYMENT**

UPON CONSIDERATION of Defendant Michael James Brown's June 27, 2008 Motion Regarding Verification of Employment [DE-45] it is hereby

ORDERED that Defendant's Motion [DE-45] is hereby Denied.  Probation may conduct the Pre-Sentence Investigation in any manner they deem appropriate.  They do not need this Court's authorization or approval to pursue their investigative responsibilities.  This Court will not tell probation how to do their job.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of July, 2008.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Dan Rashbaum, Esquire, AUSA
William D. Matthewman, Esquire
U.S. Probation Officer McKinney

―――