UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.  08-60038-CR-DIMITROULEAS

    Plaintiff,

vs.

MICHAEL JAMES BROWN,

    Defendant.
_____/

### ORDER GRANTING DOWNWARD VARIANCE

THIS MATTER having come before the Court on Defendant's July 16, 2008 Request For Downward Variance [DE-50] and the Court having received the Government's July 31, 2008 Response [DE-52] and having heard arguments of counsel on August 1, 2008, and being otherwise fully advised, finds as follows:

1. Brown's ADHD affected his eagerness to commit this crime.

2. Brown does not appear to be an individual from whom the public needs to be protected.

3. The Government recommended a low end of the guidelines sentence, recognizing that Brown's case was an unusual one.

4. For all the above reasons, collectively, the Court finds that a sentence of 70 months is reasonable and sufficient.

Wherefore, it is hereby

ORDERED AND ADJUDGED that Defendant's Motion for Downward Variance [DE-50] is Granted.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of August, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

All counsel of Record